# UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF ILLINOIS, BENTON DIVISION

| | |
|---|---|
| Marion HealthCare, LLC,            ) | |
|                                                           ) | |
|             Plaintiff,                          ) | |
|                                                           ) | |
|     vs.                                              ) | Case No. 3:12-cv-00871-SMY-SCW |
|                                                           ) | |
| Southern Illinois Healthcare,        ) | Judge Staci M. Yandle |
|                                                           ) | Magistrate Judge Stephen C. Williams |
|             Defendant.                       ) | |
|                                                           ) | |

## NON-PARTY HEALTHLINK, INC.'S MOTION FOR PROTECTIVE ORDER

Non-party HealthLink, Inc. ("HealthLink"), by its undersigned counsel, moves this Court for an Order modifying the protective order previously entered by this Court [Dkt. No. 48] (the "Protective Order") to safeguard and secure non-party HealthLink's trade secrets and competitively sensitive reimbursement data as sought by subpoenas duces tecum served upon it by Marion HealthCare, LLC and Southern Illinois Healthcare, as fully set forth in HealthLink's accompanying Memorandum of Law in support of its Motion.

WHEREFORE, HealthLink respectfully prays for an Order modifying the current Protective Order to specify that the authorized users of any data produced by HealthLink would not include Dr. Thomas J. Pliura or any other person that also serves as an owner, officer, director, manager, shareholder, or employee of either party. HealthLink further requests that this Court modify the protective order to protect the interests of providers of administrative services, in addition to insurance companies. HealthLink also prays that the Court award HealthLink its reasonable costs associated with providing the data and the costs of filing this motion, which HealthLink will itemize and submit in a later filing when such costs are known.

- 2 -

Dated: March 22, 2016     Respectfully submitted,

HealthLink, Inc.

By: /s/ Rebecca R. Hanson
    Martin J. Bishop
    Rebecca R. Hanson
    **Reed Smith LLP**
    **10 S. Wacker Drive, 40th Floor**
    **Chicago, IL 60606**
    mbishop@reedsmith.com
    rhanson@reedsmith.com
    Telephone:  (312) 207-1000

*Attorney for Non-Party
HealthLink, Inc.*

- 2 -

## **CERTIFICATE OF SERVICE**

I, Rebecca R. Hanson, hereby certify that on March 22, 2016, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Southern District of Illinois, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to all attorneys of record who have consented in writing to accept this notice as service of this document by electronic means.

/s/  Rebecca R. Hanson